IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK LEE STINSON,

    Petitioner,                    No. CIV S-06-0068 FCD EFB P

    vs.

MARTIN VEAL, Warden, et al.,

    Respondents.             <u>ORDER</u>

                          /

       Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On January 17, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On February 21, 2007, petitioner was granted an additional twenty days in which to file objections. On March 21, 2007, the undersigned adopted the findings and recommendations, dismissed this action and judgment was entered accordingly. That same day, the Clerk filed plaintiff's belated objections.

////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The order and judgment entered on March 21, 2007, are vacated;

2. The findings and recommendations filed January 17, 2007, are adopted in full; and

3. This action is dismissed. See 28 U.S.C. § 2241(b).

DATED: June 22, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE